UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LANCE WILLIAMS,<br><br>　　　　　　　Petitioner,<br><br>　　　　v.<br><br>RALPH DIAZ,<br><br>　　　　　　　Respondent. | Case No. CV 19-9816-PA (KK)<br><br>ORDER ACCEPTING FINAL FINDINGS AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition for a Writ of Habeas Corpus, the records on file, and the Final Report and Recommendation of the United States Magistrate Judge. The Court has engaged in a <u>de novo</u> review of those portions of the original Report and Recommendation of the United States Magistrate Judge to which Petitioner has objected. The Court accepts the final findings and recommendation of the Magistrate Judge set forth in the Final Report and Recommendation.

IT IS THEREFORE ORDERED that (1) Respondent's Motion to Dismiss is GRANTED and (2) Judgment be entered DISMISSING this action with prejudice.

Dated: July 19, 2021

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　PERCY ANDERSON
　　　　　　　　　　　　　　　　　　United States District Judge