JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LANCE WILLIAMS,<br><br>        Petitioner,<br><br>        v.<br><br>RALPH DIAZ,<br><br>        Respondent. | Case No. CV 19-9816-PA (KK)<br><br>JUDGMENT |

Pursuant to the Order Accepting Final Findings and Recommendation of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that this action is DISMISSED with prejudice.

Dated: July 19, 2021

                                             PERCY ANDERSON
                                             United States District Judge